IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Gary Lee Pullen,

    Plaintiff(s),

vs.

Director Gary C. Mohr, et al.,

    Defendant(s).

Case Number: 1:18cv386

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on July 10, 2018 (Doc. 5) and the amended Report and Recommendation filed on August 8, 2018 (Doc. 9), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 6, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's claims that are unrelated to the alleged January 7, 2017 attack and subsequent retaliation will be DISMISSED without prejudice. *See* Fed. R. Civ. P. 21.

The complaint otherwise is DISMISSED with prejudice pursuant to 28 U.S.C. §§1915(e)(2)(B) and 1915A(b)(1), with the exception of plaintiff's First and Eighth Amendment claims against defendants Dillow, Crabtree, Bear, Sears, Holbrook, Smith, Smoot, Rogers, Conley, Claggs, Warren, Joiner, Tipton, and Ross.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court