# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

GARY LEE PULLEN

    Plaintiff,

v.

GARY C. MOHR, *et al.*,

    Defendants.

Case No. 1:18-cv-386
JUDGE DOUGLAS R. COLE
Magistrate Judge Litkovitz

## ORDER

This cause comes before the Court on the Magistrate Judge's May 18, 2020, Report and Recommendation ("R&R") (Doc. 36). The Magistrate Judge recommends that the Court **DISMISS** the Plaintiff's case in its entirety for want of prosecution, lack of service, and failure to obey an order of the Court. The R&R advised both parties that a failure to object within the 14 days specified by the R&R may result in forfeiture of rights on appeal, which includes the right to District Court review. (*See* Doc. 36, #619). *See also Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting § 636(b)(1)(C), intended to require a district judge to review a magistrate's report to which no objections are filed."); *Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019) (noting "fail[ure] to file an objection to the magistrate judge's R & R … is forfeiture"); 28 U.S.C. § 636(b)(1)(C). The time for filing objections has long since passed. Perhaps not surprisingly in light of the events that have transpired in this case to date, none have been filed.

Therefore, the Court **ADOPTS** the Report and Recommendation (Doc. 36) and **DISMISSES** the Plaintiff's action in its entirety. The Court **DIRECTS** the Clerk to enter judgment accordingly.

**SO ORDERED.**

September 21, 2020
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**